**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH HANCZ, | Case No.: 1:16-cv-00824 LJO JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

On September 6, 2016, counsel for the plaintiff notified the Court via e-mail (with a copy to counsel for the defendant) that the parties had resolved the matter and that the plaintiff would be filing a notice of settlement forthwith.  Though this has not occurred, the Court **ORDERS**:

      1.    The stipulation to dismiss the action **SHALL** be filed no later than **October 14, 2016**;

      2.    All pending dates, conferences (including the scheduling conference set on September 13, 2016) and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  __September 12, 2016__         ___**/s/ Jennifer L. Thurston**___
                                     UNITED STATES MAGISTRATE JUDGE