UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HANCZ,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No. 1:16-cv-00824-LJO-JLT<br><br>**ORDER TO DISMISS ACTION WITHOUT PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed without prejudice, in its entirety, against Defendant Life Insurance Company of North America.  Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:   **September 23, 2016**              /s/ Lawrence J. O'Neill
                                                                 UNITED STATES CHIEF DISTRICT JUDGE